1 | CDF LABOR LAW LLP
2 |   Dan M. Forman, State Bar No. 155811
  |   dforman@cdflaborlaw.com
  |   Wanja S. Guy, State Bar No. 275734
3 |   wguy@cdflaborlaw.com
4 | 707 Wilshire Boulevard, Suite 5150
  | Los Angeles, CA 90017
  | Telephone: (213) 612-6300

**JS-6**
Admin Close

Attorneys for Defendant
MORGAN TRUCK BODY, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| JOSE A SIGALA, on behalf of himself and others similarly situated, | Case No. 5:23-cv-02255-JGB (SPx) |
| Plaintiff, | Case No. 5:24-cv-00247-JGB (SPx) |
| vs. | (Removed From Riverside Superior Court Case No. CVRI2305094) |
| MORGAN TRUCK BODY, LLC; and DOES 1 to 100, inclusive, | **ORDER TO STAY CASES PENDING MEDIATION** |
| Defendants. | |

1

2      After reviewing the Parties' concurrently filed Joint Stipulation (the "Stipulation"), and for
3  good cause shown, the Court hereby approves of the Stipulation and orders as follows:

4      1.    *Sigala I and Sigala II* be stayed until August 4, 2025.

5      2.    The Civil Trial Scheduling Order in *Sigala I* (*Sigala I*, Dkt. #17) and September 23,
6  2024 Scheduling Conference in *Sigala II* (*Sigala II*, Dkt. #13) are vacated.

7      3.    There is no prejudice to the Parties or waiver of any rights for entering into this
8  stipulation.

9      4.    The Parties are responsible for their own costs and attorneys' fees, if any, associated
10 with this stipulation.

11     **IT IS SO ORDERED.**

12

13 Dated: September 26, 2024          By: _____
                                        HONORABLE JESUS G. BERNAL
14                                      UNITED STATES DISTRICT JUDGE
                                        EASTERN DISTRICT OF CALIFORNIA

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                  2                  ORDER TO STAY CASES PENDING
                                                                     MEDIATION

4862-5123-4019.1