CDF LABOR LAW LLP
   Dan M. Forman, State Bar No. 155811
   dforman@cdflaborlaw.com
   Wanja S. Guy, State Bar No. 275734
   wguy@cdflaborlaw.com
707 Wilshire Boulevard, Suite 5150
Los Angeles, CA 90017
Telephone: (213) 612-6300

Attorneys for Defendant
MORGAN TRUCK BODY, LLC

LAVI & EBRAHIMIAN, LLP
   Joseph Lavi, Esq. State Bar No. 209776
   jlavi@lelawfirm.com
   Jordan D. Bello, Esq. State Bar No. 243190
   jbello@lelawfirm.com
   Vincent C. Granberry, Esq. State Bar No. 276483
   vgranberry@lelawfirm.com
   Eric D. Tims, Esq. State Bar No. 342617
   etims@lelawfirm.com
8889 W. Olympic Boulevard, Suite 200
Beverly Hills, California 90211
Telephone: (310) 432-0000

Attorneys for Plaintiff
JOSE A. SIGALA, on behalf of himself and current and former aggrieved employees

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

| | |
|---|---|
| JOSE A SIGALA, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br>vs.<br><br>MORGAN TRUCK BODY, LLC; and DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No. 5:23-cv-02255-JGB (SPx)<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)(ii)]** |

STIPULATION OF DISMISSAL

CDF Labor Law LLP

Error! Unknown document property name..Error! Unknown document property name.

Plaintiff JOSE A SIGALA ("Plaintiff") and Defendant MORGAN TRUCK BODY, LLC ("Defendant") hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed in its entirety without prejudice as to all claims, causes of action, and parties.

Dated: 8/1/2025

CDF LABOR LAW LLP
Wanja S. Guy

By: _____
Dan M. Forman
Attorneys for Defendant
MORGAN TRUCK BODY, LLC

Dated: 7/31/2025

LAVI & EBRAHIMIAN, LLP

By: _____
Joseph Lavi
Jordan Bello
Vincent C. Granberry
Eric Tims

Attorneys for Plaintiff
JOSE A. SIGALA, on behalf of himself and current and former aggrieved employees

STIPULATION OF DISMISSAL

**Error! Unknown document property name..Error! Unknown document property name.**